

Form 27 - AFFIDAVIT OF SERVICE

**DeNITTIS OSEFCHEN, P.C. ATTORNEYS AT LAW**
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK

JARED HOLLAND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

index No. **1:18-CV-5566-NGG-RLM**
Date Filed
Office No.
Court Date.

PLAINTIFF

- vs -

SPRING ENERGY RRH, LLC D/B/A SPRING POWER & GAS, ET AL

DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**RUDOLPH WRIGHT** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **10TH** day of **DECEMBER, 2018** **4:23PM** at
   **200 PARK AVENUE SOUTH SUITE 1301**
   **NEW YORK NY 10003**
I served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND - PUTATIVE CLASS ACTION, CERTIFICATION** upon **SPRING ENERGY RRH, LLC D/B/A SPRING POWER & GAS, ET AL** the **DEFENDANT** therein named by delivering to, and leaving personally with **GREG HASIAK, AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**   COLOR: **WHITE** HAIR: **GREY**
APP.AGE: **43** APP. HT: **6'** APP. WT: **160**
OTHER IDENTIFYING FEATURES

COMMENTS:

Sworn to before me this
12TH day of DECEMBER, 2018

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

RUDOLPH WRIGHT DCA LIC # 2005320
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 1-DO-NJ-939229

2a