**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

December 26, 2018

677 BROADWAY, SUITE 1101
ALBANY, NY 12207
(518) 427-9700

**FILED ELECTRONICALLY VIA ECF**
**AND SUBMITTED BY FACSIMILE**

ELLIOT A. HALLAK
PARTNER
DIRECT:   (518) 701-2748
FAX:      (518) 427-0235
EHALLAK@HARRISBEACH.COM

United States District Judge Nicholas G. Garaufis
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Jared Holland v. Spring Energy RRH, LLC, et al.,* United States District Court, Eastern District of New York, Case No. 1:18-cv-05566

This office represents the Defendants, Spring Energy RRH, LLC and RRH Energy Services LLC, in this matter. In accordance with Paragraph II.E. of Your Honor's Individual Rules, and with the agreement of all parties, I write requesting a brief one-week extension of the deadline for Defendants to respond to the Complaint (ECF No. 1) in this matter in light of the intervening holidays and so that Defendants can complete their responses to the Complaint. The parties have not previously requested an extension of time to respond to the Complaint.

The current deadline for Defendants to respond to the Complaint is December 31, 2018. Defendants have not previously requested an adjournment or extension of time to respond to the Complaint. The parties are in agreement to a one (1) week enlargement of time for Defendants to respond to the Complaint. As such, the parties are in agreement to extend the deadline for the Defendants to respond to the Complaint through January 7, 2019. The requested extension will not affect any other scheduling dates in this matter.

Accordingly, Defendants respectfully request that the Court extend the deadline to respond to the Complaint, through and including, January 7, 2019. Thank you for your consideration of this matter.

Very truly yours,

*/s/ Elliot A. Hallak*

Elliot A. Hallak