**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JARED HOLLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRING ENERGY RRH, LLC D/B/A SPRING POWER & GAS, and RRH ENERGY SERVICES LLC,<br><br>Defendant. | Case No.: 18-cv-05566<br><br><br>**PUTATIVE CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action solely against Defendant, RRH Energy Services, LLC without prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any absent putative class members.

Dated: January 4, 2019

                                          **DeNITTIS OSEFCHEN PRINCE, P.C.**

                              By:    s/ Ross H. Schmierer
                                     Ross H. Schmierer, Esq.
                                     315 Madison Avenue, 3rd Floor
                                     New York, New York 10017
                                     (T) (646) 979-3642
                                     rschmierer@denittislaw.com