UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARED HOLLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRING ENERGY RRH, LLC D/B/A SPRING POWER & GAS, and RRH ENERGY SERVICES LLC,<br><br>Defendants. | Case No.: 1:18-cv-05566<br><br>Judge Nicholas G. Garaufis<br><br>Chief Magistrate Judge Roanne L. Mann |

**RULE 7.1 CORPORATE DISCLOSURE OF SPRING ENERGY RRH, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Spring Energy RRH, LLC states that it is wholly owned by Richmond Road Holdings, LLC. No publicly held corporation owns 10% or more of the stock of Defendant, Spring Energy RRH, LLC or Richmond Road Holdings, LLC.

Dated:  Albany, New York
        January 7, 2019

                                   **HARRIS BEACH PLLC**

                                   */s/ Elliot A. Hallak*
                                   Elliot A. Hallak, Esq.
                                   ehallak@harrisbeach.com
                                   Ross B. Hofherr, Esq.
                                   rhofherr@harrisbeach.com
                                   677 Broadway, Suite 1101
                                   Albany, New York 12207
                                   (518) 701-2748
                                   *Attorneys for Defendant Spring Energy RRH, LLC*
                                   *D/B/A Spring Energy Power & Gas*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record of pro se parties identified on the attached Service List in the manner specified, whether via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

Dated: Albany, New York
January 7, 2019

**HARRIS BEACH PLLC**

*/s/ Elliot A. Hallak*
Elliot A. Hallak, Esq.
ehallak@harrisbeach.com
Ross B. Hofherr, Esq.
rhofherr@harrisbeach.com
677 Broadway, Suite 1101
Albany, New York 12207
(518) 701-2748
*Attorneys for Defendant Spring Energy RRH, LLC D/B/A Spring Energy Power & Gas*

## SERVICE LIST
*Jared Holland v. Spring Energy RRH, LLC D/B/A Spring Energy Power & Gas, et. al.*
Case No. 1:18-cv-05566
United States District Court, Eastern District of New York

**DeNittis Osefchen Prince, P.C.**
Ross H. Schmierer, Esq.
315 Madison Avenue, 2nd Floor
New York, New York 10017
*Attorneys for Plaintiff*

**Harris Beach PLLC**
Elliot A. Hallak, Esq.
Ross B. Hofherr, Esq.
677 Broadway, Suite 1101
Albany, New York 12207
*Attorneys for Defendants Spring Energy RRH, LLC D/B/A Spring Energy Power & Gas and RRH Energy Services LLC*

**Hiraldo, P.A.**
Manuel S. Hiraldo, Esq.
401 E. Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
*Attorneys for Plaintiff*