**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JARED HOLLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>SPRING ENERGY RRH, LLC D/B/A SPRING POWER & GAS, and RRH ENERGY SERVICES LLC,<br><br>      Defendants. | Case No.: 1:18-cv-05566<br><br>Judge Nicholas G. Garaufis<br><br>Chief Magistrate Judge Roanne L. Mann |

## JOINT STIPULATION TO TRANSFER VENUE UNDER 28 U.S.C. §§ 1404 and 1406

WHEREAS, on October 4, 2018, Plaintiff initiated this action in the United States District Court for the Eastern District of New York based on the belief that Defendants' principal place of business was located at 415 Wythe Avenue, Brooklyn, New York 11249 (See Complaint, ECF No. 1, ¶¶ 16, 17); and

WHEREAS, Defendants actually maintain their principal place of business at 200 Park Avenue, New York, New York 10016, which is located in the Southern District of New York; and

WHEREAS, on January 4, 2019, Plaintiff filed a Notice of Voluntary Dismissal without prejudice as to Defendant, RRH Energy Services LLC (ECF No. 10), and thus Spring Energy RRH, LLC is currently the only Defendant in this action;

NOW, THEREFORE, IT IS STIPULATED and agreed to by and between the Plaintiff, Jared Holland, by his attorneys, DeNittis Osefchen Prince, P.C., and Defendant, Spring Energy RRH, LLC D/B/A Spring Power & Gas, by its attorneys, Harris Beach PLLC, that this action be transferred to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. §§ 1404(a) and 1406(a).

Dated: January 9, 2019

**DENITTIS OSEFCHEN PRINCE, P.C.**

_____
Ross H. Schmierer, Esq.
315 Madison Avenue, 2nd Floor
New York, New York 10017
*Attorneys for Plaintiff*

Dated: January 9, 2019

**HARRIS BEACH PLLC**

/s/ Elliot A. Hallak, Esq.
Elliot A. Hallak, Esq.
Ross B. Hofherr, Esq.
677 Broadway, Suite 1101
Albany, New York 12207
*Attorneys for Defendant Spring Energy RRH, LLC D/B/A Spring Energy Power & Gas and RRH Energy Services LLC*

**SO ORDERED:**

_____
Hon. Nicholas G. Garaufis, U.S.D.J.